# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA K. ROMANCHAK-BRYNE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.                                    ) <br> ) <br> STATE FARM MUTUAL AUTOMOBILE ) <br> INSURANCE COMPANY,             ) <br> ) <br> Defendant.                        ) <br> ) | Civil Action No. 12-1491 <br><br> Judge Cathy Bissoon |

## ORDER

Upon due consideration of the parties' Stipulation (Doc. 7), said Stipulation is

**GRANTED**, this matter is **REMANDED** to the Court of Common Pleas of Beaver County, Pennsylvania.

**IT IS SO ORDERED** on this 1st day of November, 2012.

s/ Cathy Bissoon<br>
Cathy Bissoon<br>
United States District Judge

cc:

All counsel of record (via CM/ECF e-mail)