# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAMELA K. ROMANCHAK-BRYNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-1491 |
| ) | |
| STATE FARM MUTUAL AUTOMOBILE ) | |
| INSURANCE COMPANY, ) | |
| ) | Judge Cathy Bissoon |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon due consideration of the parties' Stipulation (Doc. 7), said Stipulation is **GRANTED**, this matter is **REMANDED** to the Court of Common Pleas of Beaver County, Pennsylvania.

**IT IS SO ORDERED** on this 1st day of November, 2012.

s/ Cathy Bissoon
Cathy Bissoon
United States District Judge

cc:

All counsel of record (via CM/ECF e-mail)